IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMMY RAUL,<br><br>        Plaintiff,<br><br>v.<br><br>M&T BANK CORPORATION, C. ANGELA BONTEMPO, ROBERT T. BRADY, CALVIN G. BUTLER, JR., T. JEFFERSON CUNNINGHAM, III, GARY N. GEISEL, LESLIE V. GODRIDGE, RICHARD S. GOLD, RICHARD A. GROSSI, RENE F. JONES, RICHARD H. LEDGETT, JR., NEWTON P.S. MERRILL, KEVIN J. PEARSON, MELINDA R. RICH, EOBERT E. SADLER, JR., DENIS J. SALAMONE, JOHN R. SCANNELL, DAVID S. SCHARFSTEIN, RUDINA SESERI, and HERBERT L. WASHINGTON,<br><br>        Defendants. | Civil Action No. 1:21-cv-03414-GBD |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Tammy Raul hereby voluntarily dismisses her claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 1, 2021                                                                 Respectfully submitted,

2

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*

2